1
2
3
4
5
6
7

8      UNITED STATES DISTRICT COURT

9      SOUTHERN DISTRICT OF CALIFORNIA

10

11  | AARON TAMRAZ, individually and on behalf of all others similarly situated,

12  |                                          Case No.: 22-CV-725-BAS-WVG

                                               Plaintiff,
13  |                                          **ORDER ON JOINT MOTION TO**
    | v.                                       **CONTINUE EARLY NEUTRAL**
14  |                                          **EVALUATION AND CASE**
    | BAKOTIC PATHOLOGY                        **MANAGEMENT CONFERENCE**
15  | ASSOCIATES, LLC, et al.,                 **PURSUANT TO S.D. CAL. L.R. 7.2**

16  |                                          Defendants.

17

18       Before the Court is the Parties' Joint Motion to Continue Early Neutral Evaluation

19   Conference and Case Management Conference Pursuant to S.D. Cal. L.R. 7.2 ("Joint

20   Motion"). (Doc. No. 27.) The Parties move the Court for continuances of (1) the May 31,

21   2023, Early Neutral Evaluation ("ENE") and Case Management Conferences ("CMC") due

22   to defense counsel's unavailability and (2) the May 8, 2023, deadline to lodge ENE

23   statements. Having reviewed and considered the Parties' request, the Court GRANTS IN

24   PART and DENIES IN PART the Parties' Joint Motion.

25       As to the former request, the Court CONTINUES the ENE and CMC to **Tuesday,**

26   **May 30, 2023, at 2:00 p.m. PST**. As to the latter request, the Court CONTINUES the

27   deadline to lodge ENE statements to May 15, 2023. To that end, the Parties' lodgment of

28

1

1   their Joint Discovery Plan and all participants' names, telephone numbers, and email

2   addresses for purposes of both the Pre-ENE Conference and the ENE remain due today,

3   **May 8, 2023**. With the exception of the reset May 30, 2023, ENE and CMC, no other

4   modifications of the operative March 29, 2023, Notice and Order for ENE, CMC, and Pre-

5   ENE Conference shall be made unless by separate order and good cause shown. (Doc. No.

6   25.)

7       **IT IS SO ORDERED.**

8   Dated: May 8, 2023

9

10           Hon. William V. Gallo
     United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28